Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
STATESVILLE, N.C.

JUN 1 4 2005

U.S. DISTRICT COURT
W. DIST. OF NC

UNITED STATES OF AMERICA

vs.   Crim. No. 5:97CR213-05-V

JAMES ALLEN DULA, JR.

On 11/12/02 the above named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that James Allen Dula, Jr. be discharged from supervision.

Respectfully submitted,

Janie M. Propst
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 9th day of June, 2005.

Richard L. Voorhees
U.S. District Judge